Form odsmfail (Rev. 9/12)

# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Case No. **3:13–bk–00907**
**Chapter 7**

In re:

ALBERT GOLANT
500 W BRADLEY ROAD
#228C
MILWAAUKEE, WI 53217

## ORDER DISMISSING CASE FOR FAILURE TO APPEAR AT MEETING OF CREDITORS

On motion and after notice and the opportunity to object, the bankruptcy case of the above referenced debtor ALBERT GOLANT is dismissed for failure to attend the Meeting of Creditors.

It is so ORDERED.

Dated: 3/21/14

Keith M Lundin
UNITED STATES BANKRUPTCY JUDGE